**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 307 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 918 WDA |
| | : | 2019 entered on September 10, |
| TRUTH SHYDEE WILSON, | : | 2020, **affirming** the Judgment of |
| | : | Sentence of the Allegheny County |
| Petitioner | : | Court of Common Pleas at No. CP- |
| | : | 02-CR-0004689-2018 entered on |
| | | May 22, 2019 |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of February, 2022, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for consideration in light of *Commonwealth v. Raboin*, 258 A.3d 412 (Pa. 2021). The Superior Court is further directed to address whether the forensic interview was admissible under the tender years exception to the hearsay rule.